# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*David George Madsen*　　　　v.　*Dora Schriro, et al.*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO. 2:04-cv-01452-JWS

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　Date: September 11, 2007

---

　　Following an evidentiary hearing, Magistrate Judge Guerin filed a thorough report at docket 103 recommending that all of petitioner's claims save his claim of actual innocence based on an accidental gun discharge be denied.  The report was filed on July 9, 2007, and petitioner sought an extension of time allowing him 60 days from the filing of the report to file objections.  In an order at docket 109, this court granted that extension.  No objections have been filed.

　　In a matter such as this, the district court reviews the report from the magistrate judge according to the following standard:  All recommended conclusions of law, and all recommended findings of fact as to which an objection is taken are reviewed *de novo*, while all recommended findings of fact as to which no objection is taken are reviewed for clear error.  Having applied that standard, this court finds that Judge Guerin's recommended findings of fact and conclusions of law are all correct.  Accordingly, this report at docket 103 is **ADOPTED**.  Based thereon, the petition in this matter is hereby **DENIED** as to all claims except the claim of actual innocence based on the proposition that the firearm was accidentally discharged.

　　The Clerk should **NOT** enter a judgment at this time, because there is still pending before the magistrate judge on referral the matter of the claim of actual innocence relating to the discharge of the firearm.